IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 91–cr–00188–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. MILTON BEASLEY,

    Defendant.

# ORDER

Upon consideration of Defendant's motion (#229) to reduce his sentence, and upon the finding that he was formerly represented in this matter by Steven R. Gayle, counsel appointed under the Criminal Justice Act, and that Mr. Gayle is no longer on the CJA panel, it is

**ORDERED** as follows:

1. New CJA counsel is appointed to represent Defendant under the provisions of the Criminal Justice Act. The clerk shall forthwith complete all CJA forms necessary to complete this appointment. If Defendant wishes to proceed *pro se* without appointed counsel, he shall notify the court in writing within ten days. Similarly, if appointed counsel cannot accept this appointment, he shall notify the court in writing within ten days.

2. Counsel shall review Defendants filing and may supplement that filing on or before March 28, 2008. The Government shall respond to any filing, as supplemented, no later than April 11, 2008.

Dated this 26th day of February, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge