IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                         Judge Robert E. Blackburn

Date: January 29, 2009

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
Probation Officer: Lisa Pence

---

**Criminal Case No. 91-cr-00188-REB**

UNITED STATES OF AMERICA,                             Susan Knox

v.

19.  MILTON BEASLEY,                                  Elisa Moran

       Defendant.
_____

                    **COURTROOM MINUTES - MOTION HEARING**
_____

**10:03 a.m.    Court in session.**

The record should reflect that the court met with counsel in chambers prior to the commencement of these proceedings.

The Defendant is not present in court.

Appearances of counsel.

Opening statements by the court.

Statements to the Court by Ms. Moran.

The Court enters Findings of Fact, Conclusions of Law and orders.

**It was ORDERED:**

    1.    That the Defendant's Motion Requesting the Court for Modiciation *[sic]* of Sentence Pursuant to 18:3582(c) [#199] filed July 21, 2005, is **granted**

consistent with the foregoing findings of fact and conclusions of law, and the following orders.

2. That the Defendant's pro se Motion for Sentence Modification, [#200] filed July 22, 2005, is **denied** as a duplicate of document No. 199.

3. That the Defendant's sentence to imprisonment is modified and reduced from **360 months to 292 months.**

4. That the extant amended judgment dated January 19, 1998 and entered January 20, 1998, is modified to the extent necessary to facilitate and implement this order, but is otherwise ratified and reaffirmed.

5.. That the Defendant's Motion New PSI Report [#240] filed May 16, 2008, is **granted** consistent with the foregoing findings of fact and conclusions of the court and the following orders.

    a). That a new presentence report shall be prepared as soon as practicable by the probation department in which it should be noted that no reliable evidence that the defendant was a member an any gang at the time of the commission of the offense of conviction or at the time of the original sentence shall be inserted and included in that presentence report.

    b). That the new presentence report early on or by footnote the author of the presentence report indicates that the new presentence report is issued solely for the purposes of clarifying that at the time of the conviction and at the time of sentencing there is no reliable evidence that the defendant was a gang member or otherwise affiliated with a gang.

    c). That the probation officer preparing the amended judgment is to include similar language.

**10:31 a.m.   Court in recess**.
*Total court time: 00:28 minutes - hearing concluded*