**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 91-cr-00188-LTB-19

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19.   MILTON BEASLEY,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION FOR REDUCTION OF TERM
OF IMPRISONMENT**

---

**Blackburn, J.**

On January 29, 2009, this matter came before this court[1] for hearing on the defendant's pro se motion for sentence modification pursuant to 18 U.S.C. § 3582(c)(2) [#199] filed July 21, 2005. The court entered findings of fact, conclusions of law, and orders from the bench. This order is entered to confirm and publish those orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's pro se motion for sentence modification pursuant to 18 U.S.C. § 3582(c)(2) [#199] filed July 21, 2005, is **GRANTED** consistent with the court's findings of fact and conclusions of law and the following orders;

2. That the defendant's pro se motion for sentence modification [#200] filed July 22, 2005, is **DENIED** as duplicative of [#199];

---

[1] This court heard this discreet motion at the request of and in lieu of the Honorable Lewis T. Babcock, United States District Judge for the District Court for the District of Colorado, to whom this case was and remains assigned.

3. That defendant's sentence to imprisonment is modified and reduced from 360 months to 292 months; and

4. That the extant **Amended Judgment in a Criminal Case** [#45] dated January 19, 1998, and entered January 20, 1998, is modified only to the extent necessary to facilitate and implement this order, but is otherwise ratified and reaffirmed.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge