# UNITED STATES DISTRICT COURT

for the

### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | **SECOND AMENDED JUDGMENT** |
| v. | ) | |
| | ) | Case No: __91-cr-00188-LTB-19__ |
| MILTON BEASLEY | ) | USM No: __90380-011__ |
| | ) | Elisa Moran, Appointed |
| Date of Previous Amended Judgment: January 19, 1998 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ❒ DENIED.  X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360 months__ **is reduced to** __292 months__ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | __38__ | Amended Offense Level: | __36__ |
| Criminal History Category: | __V__ | Criminal History Category: | __V__ |
| Previous Guideline Range: | __360 mo.__ to __life__ | Amended Guideline Range: | __292__ to __365__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

## III.  ADDITIONAL COMMENTS

The Addendum on Motion to Reduce Sentence is corrected to reflect that there is no adjustment for role or acceptance of responsibility; and the criminal history points total 11, not 12.  The Court also notes that there is no reliable evidence that the defendant was a member of any gang, either at the time he committed the instant offense or at the time of sentencing.

Except as provided above, all provisions of the judgment dated __January 19, 1998, shall remain in effect.__

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: __January 29, 2009__ | **s/ Robert E. Blackburn** |
| | Judge's signature |
| Effective __February 3, 2009__ | Robert E. Blackburn, United States District Judge |
| (if different from order date) | Printed name and title |